# 2239CV000006JT Wright Industries, Inc. vs. Potter, Michael

- Case Type:
- Civil Cross Site
- Case Status:
- Closed
- File Date
- 01/20/2022
- DCM Track:
- 
- Initiating Action:
- Money Action - District Court Filing (c231 §§ 103-104)
- Status Date:
- 11/03/2023
- Case Judge:
- 
- Next Event:

| All Information | Party | Event | Docket | Disposition |

## Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 01/20/2022 | E-File complaint with claim of Jury Trial filed. | | Image |
| 01/20/2022 | Appearance filed<br>On this date David Sherman Smith, Esq. added as Private Counsel for Plaintiff Wright Industries, Inc. | | |
| 01/21/2022 | Statement of damages filed by Plaintiff alleging contract action for damages of $25000. or less(Dist./Mun.Cts.Supp.R.Civ.P. 102A) | | |
| 01/21/2022 | Appearance filed | | Image |
| 01/24/2022 | Appearance filed<br>On this date James A Black, Esq. added as Private Counsel for Plaintiff Wright Industries, Inc. | | |
| 01/26/2022 | Application for filed by . | | Image |
| 02/11/2022 | E-filing DECLARATION | | |
| 02/11/2022 | Return of service on complaint and summons to 119 Martin Street Realty Trust, Michael Potter, Norstar Realty Corporation, Sandra Potter As Trustee Of 119 Martin Street Realty Trust, Sandra Potter: Officer service SERVED to party's agent, Officer service SERVED in hand, Officer service SERVED to party's agent, Officer service SERVED to party's agent, Officer service SERVED in hand (Mass.R.Civ.P. 4(f)).<br>Copy of Summons filed EFILE | | Image |
| 02/24/2022 | Counterclaim filed by Michael Potter against Wright Industries, Inc. (Mass.R.Civ.P. 13). | | Image |
| 02/24/2022 | Answer filed by Michael Potter. | | Image |
| 02/24/2022 | Jury trial claim on all issues filed by Michael Potter (G.L. c.231 §103; Mass.R.Civ.P. 38(b)). | | |
| 02/24/2022 | Event Scheduled<br>Event: Case Management Conference<br>Date: 04/14/2022  Time: 11:00 AM<br>Result: Held | | |
| 03/15/2022 | Motion to dismiss (Mass.R.Civ.P. 12[b]) to Dismiss counterclaim filed by Wright Industries, Inc.-Plaintiff. | | Image |
| 03/16/2022 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 04/05/2022  Time: 11:00 AM<br>Result: Held | | |
| 04/05/2022 | Misc Entry: Defendants answer filed | | |
| 04/05/2022 | Event Resulted: Motion Hearing (CV) scheduled on:<br>        04/05/2022 11:00 AM | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Has been: Held<br>Hon. Michael A. Patten, Presiding | | |
| 04/05/2022 | Motion to dismiss (Mass.R.Civ.P. 12[b]) Defendants Counterclaims allowed .<br>4-5-22: After hearing, the motion is ALLOWED for the Reasons set forth in Plaintiff's Motion, Patten, J. | | Image |
| 04/14/2022 | Event Resulted: Case Management Conference scheduled on:<br>    04/14/2022 11:00 AM<br>Has been: Held<br>Margaret Daly Crateau, Presiding | | |
| 04/15/2022 | Event Scheduled<br>Event: Pretrial Conference (CV)<br>Date: 09/29/2022  Time: 11:00 AM<br>Result: Not Held But Event Resolved | | |
| 05/03/2022 | Application to clerk-magistrate to enter default against Norstar Realty Corporation, Sandra Potter, Sandra Potter As Trustee Of 119 Martin Street Realty Trust, 119 Martin Street Realty Trust filed by Wright Industries, Inc. (Mass.R.Civ.P. 55(a) & 77(b)). | | Image |
| 05/03/2022 | Default entered against Norstar Realty Corporation, Sandra Potter, Sandra Potter As Trustee Of 119 Martin Street Realty Trust, 119 Martin Street Realty Trust by clerk-magistrate (Mass.R.Civ.P. 55(a) & 77(b)). | | |
| 05/18/2022 | Application to clerk-magistrate for default judgment against Norstar Realty Corporation, Sandra Potter, Sandra Potter As Trustee Of 119 Martin Street Realty Trust, 119 Martin Street Realty Trust who has been defaulted for failure to appear filed by Wright Industries, Inc. (Mass.R.Civ.P.55(b)(1) & 77(b)). | | Image |
| 05/18/2022 | Application to clerk-magistrate for default judgment against Norstar Realty Corporation, Sandra Potter, Sandra Potter As Trustee Of 119 Martin Street Realty Trust, 119 Martin Street Realty Trust who has been defaulted for failure to appear filed by Wright Industries, Inc. (Mass.R.Civ.P.55(b)(1) & 77(b)). | | |
| 05/18/2022 | Affidavit of Wright Industries, Inc. David S. Smith filed. | | |
| 05/18/2022 | Misc Entry: Plaintiff requested A55B, however need original returns of service.  Called Plaintiff, and will mail. | | |
| 05/24/2022 | Motion to remove default (Mass.R.Civ.P.55[c]) filed by Sandra Potter-Defendant, Sandra Potter As Trustee Of 119 Martin Street Realty Trust-Defendant, 119 Martin Street Realty Trust-Defendant. | | Image |
| 05/24/2022 | Return of service on complaint and summons to 119 Martin Street Realty Trust, Michael Potter, Sandra Potter As Trustee Of 119 Martin Street Realty Trust, Sandra Potter, Norstar Realty Corporation: Officer service SERVED in hand (Mass.R.Civ.P. 4(f)). | | |
| 05/25/2022 | Appearance filed<br>On this date Christine Ann Faro, Esq. added as Private Counsel for Defendant Sandra Potter | | |
| 05/25/2022 | Appearance filed<br>On this date Christine Ann Faro, Esq. added as Private Counsel for Defendant Sandra Potter As Trustee Of 119 Martin Street Realty Trust | | |
| 05/25/2022 | Appearance filed<br>On this date Christine Ann Faro, Esq. added as Private Counsel for Defendant 119 Martin Street Realty Trust | | |
| 05/25/2022 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 06/21/2022  Time: 11:00 AM<br>Result: Not Held But Event Resolved | | |
| 05/25/2022 | Misc Entry: Defendant Sandra Potters Atty filed motion to remove default and file answer late. | | |
| 05/27/2022 | Motion to Remove default and motion to file answer late filed by Sandra Potter-Defendant, Sandra Potter As Trustee Of 119 Martin Street Realty Trust-Defendant. | | Image |
| 05/27/2022 | Answer filed by Sandra Potter, Sandra Potter As Trustee Of 119 Martin Street Realty Trust. | | Image |
| 05/27/2022 | Cross-claim filed by Sandra Potter As Trustee Of 119 Martin Street Realty Trust, Sandra Potter against Michael Potter (Mass.R.Civ.P. 13(g) or 14). | | Image |
| 06/02/2022 | Event Resulted: Motion Hearing (CV) scheduled on:<br>    06/21/2022 11:00 AM<br>Has been: Not Held But Event Resolved<br>Margaret Daly Crateau, Presiding | | |
| 06/02/2022 | Misc Entry: Assent from Plaintiffs Atty David Smith as to remove the default | | |
| 06/03/2022 | Motion to remove default and file answer late Civ.P.55[c] filed by Wright Industries, Inc.-Plaintiff, Sandra Potter-Defendant. | | Image |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 09/21/2022 | Motion for continuance (Mass.R.Civ.P.40[b]) pretrial filed by Wright Industries, Inc.-Plaintiff, Norstar Realty Corporation-Defendant, Michael Potter-Defendant, Sandra Potter-Defendant, Sandra Potter As Trustee Of 119 Martin Street Realty Trust-Defendant, 119 Martin Street Realty Trust-Defendant. | | Image |
| 09/23/2022 | Event Resulted: Pretrial Conference (CV) scheduled on: 09/29/2022 11:00 AM Has been: Not Held But Event Resolved Margaret Daly Crateau, Presiding | | |
| 09/23/2022 | Event Scheduled Event: Pretrial Conference (CV) Date: 11/03/2022 Time: 11:00 AM Result: Held | | |
| 09/30/2022 | Memorandum filed by Michael Potter. | | Image |
| 10/17/2022 | Event Scheduled Event: Motion Hearing (CV) Date: 11/08/2022 Time: 10:00 AM Result: Held | | |
| 10/17/2022 | Motion to compel filed by Wright Industries, Inc.-Plaintiff. | | Image |
| 10/27/2022 | Memorandum filed by Wright Industries, Inc.. | | Image |
| 11/01/2022 | Misc Entry: Defendant Michael Potters reply to interrogatories | | |
| 11/01/2022 | Misc Entry: defendant's request for documents | | |
| 11/01/2022 | Memorandum filed by Wright Industries, Inc.. Pretrial memo | | |
| 11/03/2022 | Pretrial conference report filed. Judge: Crateau, Margaret Daly | | Image |
| 11/03/2022 | Event Resulted: Pretrial Conference (CV) scheduled on: 11/03/2022 11:00 AM Has been: Held Margaret Daly Crateau, Presiding | | |
| 11/08/2022 | Event Resulted: Motion Hearing (CV) scheduled on: 11/08/2022 10:00 AM Has been: Held Hon. James L LaMothe, Jr., Presiding | | |
| 11/08/2022 | Motion to compel discovery (Mass.R.Civ.P. 37[a]) allowed . Judge: LaMothe, Jr., Hon. James L | | Image |
| 11/08/2022 | Event Scheduled Event: Pretrial Conference (CV) Date: 02/17/2023 Time: 11:00 AM Result: Reschedule of Hearing | | |
| 12/22/2022 | Motion for summary judgment (Mass.R.Civ.P.56) filed by Sandra Potter-Defendant, Sandra Potter As Trustee Of 119 Martin Street Realty Trust-Defendant, 119 Martin Street Realty Trust-Defendant. | | Image |
| 12/22/2022 | Memorandum filed by Sandra Potter, Sandra Potter As Trustee Of 119 Martin Street Realty Trust, 119 Martin Street Realty Trust. | | |
| 12/22/2022 | Event Scheduled Event: Motion Hearing (CV) Date: 02/07/2023 Time: 10:00 AM Result: Reschedule of Hearing | | |
| 01/03/2023 | Event Scheduled Event: Motion Hearing (CV) Date: 02/21/2023 Time: 10:00 AM Result: Reschedule of Hearing | | |
| 01/03/2023 | Misc Entry: Defendant M. Potter filed a letter to reschedule the Defendants Sandra Potters Cross-claim Motion for summary judgment - Atty Faro agreed to the continuance. Motion for summary judgment rescheduled for 2/21/23. Notices mailed. | | |
| 02/13/2023 | Event Scheduled Event: Motion Hearing (CV) Date: 02/28/2023 Time: 10:00 AM Result: Reschedule of Hearing | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 02/13/2023 | Motion for sanctions against Michael Potter for disobeying this Courts Order filed by Wright Industries, Inc.-Plaintiff. | | Image |
| 02/17/2023 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 04/11/2023  Time: 10:00 AM<br>Result: Held | | |
| 03/30/2023 | Answer filed by Michael Potter. | | Image |
| 04/11/2023 | Event Resulted:  Motion Hearing (CV) scheduled on:<br>         04/11/2023 10:00 AM<br>Has been: Held<br>Hon. Michael A. Patten, Presiding | | |
| 04/11/2023 | Motion for An Order for Trevor A. Hayden to Produce Closing File filed by Wright Industries, Inc.-Plaintiff. | | Image |
| 04/11/2023 | Motion for An Order for Trevor A. Hayden to Produce Closing File allowed .<br>Copy of allowed motion mailed to Plaintiff's atty | | Image |
| 04/11/2023 | Event Scheduled<br>Event: Pretrial Conference (CV)<br>Date: 06/20/2023  Time: 10:00 AM<br>Result: Held | | |
| 06/20/2023 | Memorandum of law filed.<br><br>filed by Michael Potter<br><br>Judge: Crateau, Margaret Daly | | Image |
| 06/20/2023 | Event Resulted:  Pretrial Conference (CV) scheduled on:<br>         06/20/2023 10:00 AM<br>Has been: Held<br>Hon. Michael A. Patten, Presiding | | |
| 06/20/2023 | Case transferred out from Gloucester District Court to Peabody District Court:Administrative Transfer.<br>For Jury Trial | | |
| 06/20/2023 | Event Scheduled<br>Event: Jury Trial (CV)<br>Date: 06/20/2023  Time: 11:00 AM<br>Result: Reschedule of Hearing | | |
| 06/20/2023 | Memorandum of law filed.<br><br>Amended PT memo of Sandra Potter filed.<br><br>Judge: Patten, Hon. Michael A. | | Image |
| 06/20/2023 | Jury Trial referral notice to alternative jury division.<br><br>Peabody Jury, case sent 6/20/23 | | |
| 08/04/2023 | Event Scheduled<br>Event: Jury Trial (CV)<br>Date: 11/02/2023  Time: 09:00 AM<br>Result: Not Held But Event Resolved | | |
| 09/13/2023 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  09/13/2023 11:12:59 | | |
| 09/13/2023 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  09/13/2023 11:14:10 | | |
| 11/02/2023 | Event Resulted:  Jury Trial (CV) scheduled on:<br>         11/02/2023 09:00 AM<br>Has been: Not Held But Event Resolved<br>Hon James D Barretto, Presiding | | |
| 11/03/2023 | Agreement for judgment filed - monetary damages stipulated. | | Image |
| 11/03/2023 | Settlement reported by parties. Court orders dismissal if no settlement agreement is filed within 30 days; parties notified.<br><br>Judge: Patten, Hon. Michael A. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 11/15/2023 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 11/28/2023  Time: 10:00 AM<br>Result: Reschedule of Hearing | | |
| 11/15/2023 | Motion to amend complaint (Mass.R.Civ.P. 4[g] & 15) to correct a technical defect to statutory reference filed by Wright Industries, Inc.-Plaintiff. | | Image |
| 11/15/2023 | Misc Entry: Plaintiff's Status Report filed (as 30 day Nisi issued 11/3/23) | | |
| 11/28/2023 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 12/05/2023  Time: 10:00 AM<br>Result: Reschedule of Hearing | | |
| 11/28/2023 | Motion for continuance (Mass.R.Civ.P.40[b]) filed by Wright Industries, Inc.-Plaintiff, Sandra Potter-Defendant, Sandra Potter As Trustee Of 119 Martin Street Realty Trust-Defendant.<br>and allowed per MDC as assented to | | Image |
| 12/04/2023 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 12/12/2023  Time: 10:00 AM<br>Result: Reschedule of Hearing | | |
| 12/04/2023 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  12/04/2023 10:34:48 | | |
| 12/05/2023 | Motion for continuance (Mass.R.Civ.P.40[b]), for Jury Trial Date filed by Michael Potter-Defendant. | | Image |
| 12/06/2023 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 12/12/2023  Time: 02:00 PM<br>Result: Held | | |
| 12/06/2023 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  12/06/2023 13:05:44 | | |
| 12/12/2023 | Event Resulted:  Motion Hearing (CV) scheduled on:<br>         12/12/2023 02:00 PM<br>Has been: Held<br>Hon. Michael A. Patten, Presiding | | |
| 12/13/2023 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 02/13/2024 Time: 02:00 PM<br>Result: Reschedule of Hearing | | |
| 12/13/2023 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  12/13/2023 09:09:04 | | |
| 12/13/2023 | Motion to amend complaint (Mass.R.Civ.P. 4[g] & 15) allowed .<br>12/12/23 All parties present for Motions. Plaintiff's Motion to Amend Complaint to Correct a Technical Defect to Statutory Reference ALLOWED, Patten, J.<br>Plaintiff to file Summary Judgment motion by 12/22/23. Defendant Sandra Potters objection to be filed by 1/31/24. Summary Judgment motion hearing scheduled for 2/13/24 at 2PM.<br><br>Judge: Patten, Hon. Michael A. | | Image |
| 12/13/2023 | Amended complaint filed (Mass.R.Civ.P. 15). | | Image |
| 12/14/2023 | Answer filed.<br><br>Applies To: Potter, Sandra (Defendant); Sandra Potter As Trustee Of 119 Martin Street Realty Trust (Defendant); 119 Martin Street Realty Trust (Defendant); Faro, Esq., Christine Ann (Attorney) on behalf of 119 Martin Street Realty Trust, Potter, Sandra, Sandra Potter As Trustee Of 119 Martin Street Realty Trust (Defendant) | | Image |
| 12/18/2023 | Cross-Claim under Mass.R. Civ.P. 13(g) or 14 filed<br><br>Applies To: Potter, Sandra (Defendant); Sandra Potter As Trustee Of 119 Martin Street Realty Trust (Defendant); 119 Martin Street Realty Trust (Defendant); Faro, Esq., Christine Ann (Attorney) on behalf of 119 Martin Street Realty Trust, Potter, Sandra, Sandra Potter As Trustee Of 119 Martin Street Realty Trust (Defendant) | | Image |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 01/02/2024 | Motion for summary judgment (Mass.R.Civ.P.56) Partial Summary Judgment filed by Wright Industries, Inc.-Plaintiff. | | |
| 01/02/2024 | Affidavit in support of motion filed. | | |
| 01/30/2024 | Opposition to Motion filed | | |
| 01/31/2024 | Opposition to Motion filed<br><br>filed by Michael Potter | | |
| 02/12/2024 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 03/19/2024  Time: 02:00 PM<br>Result: Reschedule of Hearing | | |
| 02/12/2024 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  02/12/2024 13:18:21 | | |
| 03/04/2024 | Appearance filed | | Image |
| 03/06/2024 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 03/19/2024  Time: 10:00 AM<br>Result: Reschedule of Hearing | | |
| 03/06/2024 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  03/06/2024 14:18:30 | | |
| 03/13/2024 | Appearance filed<br>On this date Parker T Zellem, Esq. added as Private Counsel for Plaintiff Wright Industries, Inc. | | |
| 03/18/2024 | Proposed finding of fact and rulings of law filed [Mass.R.Civ.P.Rule 52c] | | Image |
| 03/19/2024 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 04/23/2024  Time: 10:00 AM<br>Result: Event Begun But Not Completed | | |
| 03/19/2024 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  03/19/2024 15:54:07 | | |
| 04/18/2024 | Opposition to Motion filed<br><br>Defendant Sandra Potters AMENDED NOTICE OF OPPOSITION TO PLAINTIFF'S Motion for Summary Judgment<br><br>Applies To: Potter, Sandra (Defendant); Sandra Potter As Trustee Of 119 Martin Street Realty Trust (Defendant); 119 Martin Street Realty Trust (Defendant)<br><br>AND AMENDED MEMORANDUM OF LAW AND SUPPORTING AFFIDAVIT AND EXHIBITS | | |
| 04/23/2024 | Event Resulted:  Motion Hearing (CV) scheduled on:<br>        04/23/2024 10:00 AM<br>Has been: Event Begun But Not Completed<br>Hon. Michael A. Patten, Presiding | | |
| 05/20/2024 | Event Scheduled<br>Event: Status Review (CV)<br>Date: 06/11/2024  Time: 10:00 AM<br>Result: Held - under advisement | | |
| 05/20/2024 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  05/20/2024 15:25:32 | | |
| 05/21/2024 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 06/11/2024  Time: 10:00 AM<br>Result: Held - under advisement | | |
| 05/21/2024 | Motion for summary judgment (Mass.R.Civ.P.56) filed by Wright Industries, Inc.-Plaintiff. | | Image |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 05/21/2024 | Affidavit in support of motion filed. | | |
| 06/06/2024 | Opposition to Motion filed<br><br>by Sandra Potter , Individually and as 119 Martin Street Realty Trust<br><br>AND MEMO OF LAW FILED BY ATTY FARO | | Image |
| 06/10/2024 | Opposition to Motion filed<br><br>regarding Plaintiff's Summary Judgment Motion filed | | |
| 06/11/2024 | Event Resulted:  Status Review (CV) scheduled on:<br>         06/11/2024 10:00 AM<br>Has been: Held - under advisement<br>Hon. Michael A. Patten, Presiding | | |
| 06/11/2024 | Taken under advisement | | |
| 06/11/2024 | Event Resulted:  Motion Hearing (CV) scheduled on:<br>         06/11/2024 10:00 AM<br>Has been: Held - under advisement<br>Hon. Michael A. Patten, Presiding | | |
| 06/11/2024 | Taken under advisement Hon. Michael A. Patten | | |
| 10/28/2024 | Memorandum of law filed.<br><br>Judge: Patten, Hon. Michael A. | | Image |
| 10/28/2024 | Motion for summary judgment (Mass.R.Civ.P.56) DENIED denied.<br>ALL Parties Notified | | Image |
| 10/28/2024 | Event Scheduled<br>Event: Pretrial Conference (CV)<br>Date: 12/05/2024  Time: 11:00 AM<br>Result: Held | | |
| 12/05/2024 | Event Resulted:  Pretrial Conference (CV) scheduled on:<br>         12/05/2024 11:00 AM<br>Has been: Held<br>Margaret Daly Crateau, Presiding | | |
| 12/06/2024 | Pretrial conference report filed.<br>JURY TRIAL: NOT 3/11. 3/19. 4/15 OR 4/29-5/2<br><br>Judge: Crateau, Margaret Daly | | Image |
| 12/11/2024 | Event Scheduled<br>Event: Status Review (CV)<br>Date: 12/12/2024  Time: 08:00 AM<br>Result: Review Completed | | |
| 12/11/2024 | Jury Trial referral notice to alternative jury division.<br><br>sent to Peabody | | |
| 12/11/2024 | Event Resulted:  Status Review (CV) scheduled on:<br>         12/12/2024 08:00 AM<br>Has been: Review Completed<br>Hon James D Barretto, Presiding | | |
| 01/14/2025 | Event Scheduled<br>Event: Jury Trial (CV)<br>Date: 03/26/2025  Time: 09:00 AM | | |
| 01/14/2025 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  01/14/2025 08:55:55 | | |
| 01/14/2025 | **This is an extremely large file and is located on the bottom shelf | | |
| 03/19/2025 | Motion to In Limine filed by Wright Industries, Inc.-Plaintiff.<br>1.  to Preclude Deft's from Denying that Deft. Trust jointly Took out a Mortgage on the Property<br>2 .  to Preclude Deft's from Denying as Trustee Sandra was Granted the Deed to the Property<br>3.   to Preclude Deft's from Denying The Bid was Assigned to Sandra Potter as Trustee<br>4.   to Preclude Deft's from Denying They are the Trusts' Sole Beneficiaries<br>5.   to Preclude Deft's from Denying That Sandra Potter Created the Trust<br>6.   to Preclude Deft's from Denying That They Planned to Sell the Property for a Profit<br>7.   to Preclude Deft's from Denying That the Mortgage was paid off for $605,127.98<br>8.   to Preclude Deft's from Denying That Defendant Michael Potter Hired Wright Industries to Work at | | Image |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | the Property<br>9. to Preclude Deft's from Denying That Defendant Michael Potter Held Himself Out in Certain Capacities<br>10. to Preclude Deft's from Denying That Renovations to the Property Began During the Summer of 2016<br>11. to Preclude Deft's from Denying That Defendant Sandra Potter Deposited the Proceeds into a Business Account for 119 Martin<br>12. to Preclude Deft's from Denying That They Earned $43,212.27 in Proceeds<br>13. to Preclude Deft's from Denying that Michael Potter was an Agent of the Trust<br>14. to Preclude Deft's from Denying That They Had An Ownership in the Property<br>15. to Preclude Deft's from Denying That Michael Potter Could Bind them to Third-Party Contracts<br>16. to Preclude Deft's From claiming that Deft. Sandra Potter Did Not Participate in the Property's Renovation<br>17. to Preclude Deft's From Denying That Defendant Sandra Potter Sold the Property<br>18. to Preclude Deft's From Introducing Evidence or Making Arguments Barred by Collateral Estoppel<br>19. to Preclude Deft. Michael Potter from Suggesting Unrelated Business Dealings Entitles Him to an Offset in Damages | | |
| 03/19/2025 | Plff's Appendix to it's Motions in Limine | | |
| 03/21/2025 | Suggestion of bankruptcy filed (11 U.S.C. §362). | | Image |