Commonwealth of Mass

Essex, ss.                      Gloucester Dist.

Wright Industry, Inc.

                Civil Action
  v-              No. 2239 CV 0006

Michael Potter, et. Al.

Terms of Proposed Agreement to Judgment

Now comes the Parties to set forth the
a draft outline of terms that will result in the
filing of an Agreement for Judgment to
be filed November 21, 2023.

1. Sandra Potter shall pay to Wright Industries $8,000.00 within 90 days of the filing of the Agreement for Judgment. Upon her payment of $8000, Sandra Potter shall have no further liability.

2. Michael Potter shall pay $8,000 to Wright Industries at the rate of $500 per month due on the 21st of each month beginning on November 21, 2023

                                       Pg 1

3. Michael Potter shall have a 30 day cure period ~~and~~ on his monthly payments.

4. ~~If~~ Michael Potter or Sandra Potter breach the terms of this agreement, Wright Industries shall be entitled to recover from them all additional money.

$15,434 ~~.~~
12,965
―――――
27,399

Interest would continue to ~~accrue~~

~~5. Wright Industries shall next~~ ~~etc.~~ 18% percent

5. Michael & Sandra Potter hereby assent to the recording of a lien on 7 Herd's Hill Rd Gloucester held in the name of Sandra Potter, Trustee of Seven Herd's Hill Realty Trust.

~~5. With Regards to the Cross Claim, Michael Potter shall pay Sandra Potter $222 per month for 36 months.~~

6. Once all payments are made w/ S.G. Dudgsbry shall file a Satisfaction of Judgment.

7. The Cross claim will be dismissed without Prejudice specifically between Sandra Potter v. Michael Potter.

8. Mr. Potter shall have a 7 day opportunity to review this outline.

Michael Potter
[signature]

[signature]
Counsel Sandra Potter

[signature]
David Smith
BBO 63486S

11/2/23

P3