

# ORLANDO
## & ASSOCIATES

*"TIP THE SCALES IN YOUR FAVOR"*

Joseph M. Orlando, Jr., Esq.
Joseph M. Orlando, Esq.
Brian S. McCormick, Esq.
Nolan R. Young, Esq.
Amanda Orlando, Esq.

February 19, 2025

Ms. Sandra Potter
PO Box 557
Gloucester, MA 01930

Dear Ms. Potter:

Please find enclosed your original documents which you dropped off at this office yesterday.  They have been scanned into our system.

Thank you for your attention to this matter.

Very truly yours,

*Joseph M. Orlando, Jr.*
Joseph M. Orlando, Jr., Esq.
JMOjr/caa

Enclosures

# BARRY R. LEVINE

ATTORNEY AT LAW
100 CUMMINGS CENTER – SUITE 327G
BEVERLY, MA 01915

——

(978) 922-8440
FAX: (978) 998-4636
barry@levineslaw.com
www.levineslaw.com

February 13, 2025

To Whom It May Concern:

Please be advised that this office represents Michael Potter in a personal bankruptcy.  We anticipate filing his bankruptcy in March.

Very truly yours,

Barry R. Levine

BRL/kal

Form **1040-SR** Department of the Treasury—Internal Revenue Service **U.S. Tax Return for Seniors** **2023** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____ , 2023, ending _____ , 20 ___   See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| SANDRA | POTTER | 7915 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | 4242 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
PO BOX 557

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
GLOUCESTER | MA | 01930

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.
☐ Single ☐ Married filing jointly (even if only one had income) ☒ Married filing separately (MFS)
☐ Head of household (HOH) ☐ Qualifying surviving spouse (QSS)
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: MICHAEL A POTTER

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien
Age/Blindness ☐ You: ☒ Were born before January 2, 1959 ☐ Are blind
☐ Spouse: ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security no. | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit / Credit for other dependents |
| If more than four dependents, see instructions and check here ☐ | | | |

**Income**

Attach Form(s) W–2 here. Also attach Forms W–2G and 1099–R if tax was withheld. If you did not get a Form W–2, see instructions.

| | | |
|---|---|---|
| 1a Total amount from Form(s) W–2, box 1 (see instructions) | **1a** | |
| b Household employee wages not reported on Form(s) W–2 | **1b** | |
| c Tip income not reported on line 1a (see instructions) | **1c** | |
| d Medicaid waiver payments not reported on Form(s) W–2 (see instructions) | **1d** | |
| e Taxable dependent care benefits from Form 2441, line 26 | **1e** | |
| f Employer-provided adoption benefits from Form 8839, line 29 | **1f** | |
| g Wages from Form 8919, line 6 | **1g** | |
| h Other earned income (see instructions) | **1h** | |
| i Nontaxable combat pay election (see instructions) **1i** | | |
| z Add lines 1a through 1h | **1z** | |

Attach Schedule B if required.

| | | | | |
|---|---|---|---|---|
| 2a Tax-exempt interest | 2a | | b Taxable interest | **2b** |
| 3a Qualified dividends | 3a | | b Ordinary dividends | **3b** |
| 4a IRA distributions | 4a | | b Taxable amount | **4b** |
| 5a Pensions and annuities | 5a | | b Taxable amount | **5b** 10,223 |
| 6a Social security benefits | 6a | 22,403 | b Taxable amount | **6b** 18,211 |
| c If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | | |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040-SR** (2023)

XQB   23   1040SR1   BWO 1040   Form Software Copyright 1996 – 2024 HRB Tax Group, Inc.

Form 1040-SR (2023) SANDRA POTTER █████-7915                                      Page **2**

| | | | | |
|---|---|---|---|---|
| | 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | 7 | |
| | 8 | Additional income from Schedule 1, line 10 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 8 | |
| | 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** · · · · · · · · · · · · · · · · · · · · · | 9 | 28,434 |
| | 10 | Adjustments to income from Schedule 1, line 26 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 10 | |
| **Standard Deduction** See Standard Deduction Chart on the last page of this form. | 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . . . . . . . . . . . . . . . . . . . . | 11 | 28,434 |
| | 12 | **Standard deduction or itemized deductions** (from Schedule A) . . . . . . . . . . . . . . . . . . . . . . . | 12 | 15,350 |
| | 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . . . . . . . . . . . . . . . | 13 | |
| | 14 | Add lines 12 and 13 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 14 | 15,350 |
| | 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | 13,084 |
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 1,349 |
| | 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 1,349 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20 | Amount from Schedule 3, line 8 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 20 | |
| | 21 | Add lines 19 and 20 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 22 | 1,349 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 · · · · · · · · · · · · · · · · · · · | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 1,349 |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25a | |
| | b | Form(s) 1099. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25b | |
| | c | Other forms (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25c | |
| | d | Add lines 25a through 25c · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 25d | |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return · · · · · · · · · · · · · · · · · · · · · | 26 | |
| | 27 | Earned income credit (EIC) . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 . . . . . . . . . . . . . . . . . . | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 · · · · · · · · · · · · · · · | 29 | |
| | 30 | Reserved for future use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | |
| | 31 | Amount from Schedule 3, line 15· · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 31 | |
| | 32 | Add lines 27, 28,29,and 31.These are your **total other payments and refundable credits** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 33 | |

Go to www.irs.gov/Form1040SR for instructions and the latest information.                    Form **1040-SR** (2023)

XQB    **23**  **1040SR2**  BWO 1040   Form Software Copyright 1992-2022 HRB Tax Group, Inc.

Form **1040-SR** Department of the Treasury—Internal Revenue Service
**U.S. Income Tax Return for Seniors** **2024** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ____ See separate instructions.

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| SANDRA | POTTER | ▓▓▓-7915 |
| If joint return, spouse's first name and middle initial | Last name | **Spouse's social security number** |
| | | ▓▓▓-4242 |

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
PO BOX 557

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

City, town, or post office. If you have a foreign address, also complete spaces below. State ZIP code
GLOUCESTER   MA   01930

Foreign country name    Foreign province/state/county    Foreign postal code

**Filing Status**
Check only one box.

☐ Single ☐ Married filing jointly (even if only one had income) ☒ Married filing separately (MFS)
☐ Head of household (HOH) ☐ Qualifying surviving spouse (QSS)
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: MICHAEL A POTTER

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ................ ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien
Age/Blindness { You: ☒ Were born before January 2, 1960 ☐ Are blind
Spouse: ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security no. | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a Total amount from Form(s) W-2, box 1 (see instructions) ........... | **1a** | |
| b Household employee wages not reported on Form(s) W-2 ......... | **1b** | |
| c Tip income not reported on line 1a (see instructions) ........... | **1c** | |
| d Medicaid waiver payments not reported on Form(s) W-2 (see instructions) ........ | **1d** | |
| e Taxable dependent care benefits from Form 2441, line 26 ....... | **1e** | |
| f Employer-provided adoption benefits from Form 8839, line 29 ...... | **1f** | |
| g Wages from Form 8919, line 6 ........................ | **1g** | |
| h Other earned income (see instructions) ................. | **1h** | |
| i Nontaxable combat pay election (see instructions) ...... **1i** | | |
| z Add lines 1a through 1h ........................... | **1z** | |

Attach Schedule B if required.

| | | | | |
|---|---|---|---|---|
| 2a Tax-exempt interest.... | **2a** | | b Taxable interest........... | **2b** | |
| 3a Qualified dividends..... | **3a** | | b Ordinary dividends.......... | **3b** | |
| 4a IRA distributions....... | **4a** | | b Taxable amount............ | **4b** | |
| 5a Pensions and annuities | **5a** | | b Taxable amount............ | **5b** | 10,224 |
| 6a Social security benefits.. | **6a** | 23,120 | b Taxable amount............ | **6b** | 18,516 |
| c If you elect to use the lump-sum election method, check here (see instructions).. ☐ | | | | |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040-SR** (2024)

Form 1040-SR (2024)  SANDRA POTTER ▮▮▮▮▮ 7915                                      Page **2**

| | | | | |
|---|---|---|---|---|
| | 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▢ | 7 | |
| | 8 | Additional income from Schedule 1, line 10 | 8 | |
| | 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 28,740 |
| | 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| **Standard Deduction** See Standard Deduction Chart on the last page of this form. | 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 28,740 |
| | 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 16,150 |
| | 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| | 14 | Add lines 12 and 13 | 14 | 16,150 |
| | 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 12,590 |
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from: 1 ▢ Form(s) 8814  2 ▢ Form 4972  3 ▢ _____ | 16 | 1,277 |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 1,277 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 1,277 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 1,277 |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | 25a | |
| | b | Form(s) 1099 | 25b | |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | |

Go to www.irs.gov/Form1040SR for instructions and the latest information.                Form **1040-SR** (2024)

COUNT COPY  DO NOT FILE

Form 1040-SR (2024)  SANDRA POTTER ███████ 7915                                      Page **3**

| **Refund** | **34** | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid**. | **34** | |
| | **35a** | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here..... ☐ | **35a** | |
| Direct deposit? See instructions. | **b** | Routing number XXXXXXXXXXXXXXXXXX   **c** Type: ☐ Checking ☐ Savings | | |
| | **d** | Account number XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| | **36** | Amount of line 34 you want **applied to your 2025 estimated tax** .... | **36** | |
| **Amount You Owe** | **37** | Subtract line 33 from line 24. This is the **amount you owe.** | | |
| | | For details on how to pay, go to www.irs.gov/Payments or see instructions................ | **37** | 1,337 |
| | **38** | Estimated tax penalty (see instructions).......................... | **38**  60 | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ⊠ **Yes.** Complete below. ☐ **No** |
|---|---|
| | Designee's name   HRB TAX GROUP INC      Phone no.   978-281-0553      Personal identification number (PIN)   12518 |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Your signature | Date | Your occupation  RETIRED |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation |
| | Phone no. 9782900858 | Email address | |

| | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Preparer's name  Deanna Zindle | Preparer's signature | Date  02-14-2025 | PTIN  P00026800 | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name    HRB TAX GROUP INC | | | Phone no. 978-281-0553 | |
| | Firm's address   94 MIDDLE ST   GLOUCESTER MA 01930 | | | Firm's EIN   431871840 | |

Go to www.irs.gov/Form1040SR for instructions and the latest information.        Form **1040-SR** (2024)

XQB   **24   1040SR3**   BWO 1040    Form Software Copyright 1996 – 2025 HRB Tax Group, Inc.

DO NOT FILE

**BANK OF AMERICA** 🏦

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🖷 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

📧 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SANDRA KOCH
PO BOX 5557
GLOUCESTER, MA 01930-0007

## Your Regular Checking

for December 13, 2024 to January 14, 2025

Account number: ▉▉▉▉ 6254

**SANDRA KOCH**

## Account summary

| | |
|---|---|
| Beginning balance on December 13, 2024 | $2,589.53 |
| Deposits and other additions | 4,503.94 |
| Withdrawals and other subtractions | -3,391.56 |
| Checks | -957.18 |
| Service fees | -0.00 |
| Ending balance on January 14, 2025 | $2,744.73 |

## Need to get paid back?
## Ask for Zelle®

Use Zelle® in our app or Online Banking to get money sent straight to your account with no fees.
**Scan here or visit bankofamerica.com/zelle to show your friends and family how to use Zelle®.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.



SSM-04-24-0473B | 6545572

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation



**Bank of America, N.A. Member FDIC and  🏠  Equal Housing Lender**


**BANK OF AMERICA**

SANDRA KOCH  |  Account #  ▮▮▮▮  6254  |  December 13, 2024 to January 14, 2025

## Deposits and other additions

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/13/24 | RAYMOND JAMES & DES:BROKERAGE ID:5408624302724 INDN:KOCH,SANDRA ID:1591237041 PPD | CO | 900.00 |
| 12/24/24 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXA SSA INDN:SANDRA J POTTER ID:9031036360 PPD | CO | 1,752.00 |
| 12/31/24 | EMPOWER DES:EMPOWER ID:590032093508 INDN:SANDRA J POTTER ID:DB61050064 PPD | CO | 851.94 |
| 01/03/25 | BKOFAMERICA ATM 01/03 #000006003 DEPOSIT GLOUCESTER HARBOR GLOUCESTER MA | | 1,000.00 |
| **Total deposits and other additions** | | | **$4,503.94** |

## Withdrawals and other subtractions

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/13/24 | PURCHASE 1212 AMAZON MKTPL*Z12T224M2 Amzn.com/billWA | | -38.24 |
| 12/13/24 | MACYS DES:ONLINE PMT ID:611564151624747 INDN:SANDRA POTTER ID:CITICTP WEB | CO | -64.93 |
| 12/16/24 | CHECKCARD 1213 COMCAST BOSTON 800-266-2278 NH 24692164348106154405545 | | -303.51 |
| 12/16/24 | PURCHASE 1213 AMAZON MKTPL*ZX5TD61J1 Amzn.com/billWA | | -30.81 |
| 12/17/24 | MARKET BASKET 12/17 #000402296 PURCHASE MARKET BASKET GLOUCESTER MA | | -58.09 |
| 12/18/24 | CHASE CREDIT CRD DES:EPAY ID:8035692389 INDN:SANDRA J POTTER ID:5760039224 WEB | CO | -500.00 |
| 12/19/24 | PURCHASE 1218 AMAZON RETA* Z10451U60 WWW.AMAZON.COWA | | -244.32 |
| 12/20/24 | MARKET BASKET 12/20 #000973276 PURCHASE MARKET BASKET GLOUCESTER MA | | -53.69 |
| 12/23/24 | CHECKCARD 1221 SALT WATER GRILLE GLOUCESTER MA 24055224357189568042923 | | -52.19 |
| 12/23/24 | PURCHASE 1222 AMAZON DIGITAL HTTPSWWW.LINKWA | | -7.99 |
| 12/23/24 | VZ WIRELESS VN DES:E CHECK ID:2061941 INDN:SANDRA *POTTER CO ID:0000751800 TEL | | -162.39 |
| 12/24/24 | PURCHASE 1223 AMAZON DIGITAL HTTPSWWW.LINKWA | | -7.99 |
| 12/26/24 | CHECKCARD 1224 NAIL CLUB GLOUCESTER MA 24145724359900017500116 | | -20.80 |

*continued on the next page*

---

## Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.    SSM-03-24-0504 B | 6490905

SANDRA KOCH   |   Account # ▇▇▇▇▇6254   |   December 13, 2024 to January 14, 2025

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 12/27/24 | MARKET BASKET   12/27 #000722793 PURCHASE MARKET BASKET      GLOUCESTER   MA | -44.85 |
| 12/30/24 | PURCHASE  1227 AMAZON DIGITAL HTTPSWWW.LINKWA | -5.99 |
| 12/31/24 | MARKET BASKET   12/31 #000859877 PURCHASE MARKET BASKET      GLOUCESTER   MA | -50.70 |
| 01/02/25 | CHECKCARD  0101 SALT WATER GRILLE GLOUCESTER   MA 24055225002200197593693 | -72.69 |
| 01/02/25 | CHECKCARD  0101 YMCA OF THE NORTH SHORE 978-922-0990 MA 24055225001199567651571 RECURRING | -53.00 |
| 01/02/25 | BCBS MASS          DES:PREMIUM    ID:9835939820000 INDN:SANDRA J POTTER         CO ID:6041045815 WEB  PMT INFO:REF*BFPMTID*1126329426\ | -265.11 |
| 01/02/25 | BCBS MASS          DES:PREMIUM    ID:9835939820000 INDN:SANDRA J POTTER         CO ID:6041045815 WEB  PMT INFO:REF*BFPMTID*1126329425\ | -40.94 |
| 01/03/25 | PURCHASE  0102 AMAZON MKTPL*ZD8B09L12 Amzn.com/billWA | -14.86 |
| 01/06/25 | CHECKCARD  0103 APPLE.COM/BILL 866-712-7753 CA 24692165003105494158999 RECURRING | -7.43 |
| 01/06/25 | CHECKCARD  0103 SOFT TOUCH SALON & SPA GLOUCESTER   MA 24765175005030044755756 | -95.00 |
| 01/06/25 | CHECKCARD  0104 CVSExtraCare 8007467287 800-746-7287 RI 24137465004200234289059 RECURRING | -5.00 |
| 01/06/25 | CHECKCARD  0104 Speedway 354 Gloucester  MA | -49.59 |
| 01/06/25 | TENDERCROP FAR  01/05 #000000221 PURCHASE 108 HIGH RD         NEWBURY      MA | -33.61 |
| 01/06/25 | MARKET BASKET   01/06 #000466909 PURCHASE MARKET BASKET      GLOUCESTER   MA | -90.19 |
| 01/07/25 | MARKET BASKET   01/07 #000912391 PURCHASE MARKET BASKET      GLOUCESTER   MA | -26.15 |
| 01/10/25 | PURCHASE  0109 AMAZON DIGITAL HTTPSWWW.LINKWA | -8.99 |
| 01/13/25 | CHECKCARD  0109 TST*MILE MARKER Gloucester   MA 24692165010101024552554 | -63.65 |
| 01/13/25 | MARKET BASKET   01/11 #000791975 PURCHASE MARKET BASKET      GLOUCESTER   MA | -43.36 |
| 01/13/25 | CHECKCARD  0113 COMCAST BOSTON 800-266-2278 NH 24692165013103306233660 | -300.00 |
| 01/13/25 | TENDERCROP FAR  01/13 #000001337 PURCHASE 108 HIGH RD         NEWBURY      MA | -29.50 |
| 01/13/25 | CHASE CREDIT CRD DES:EPAY       ID:8098975969 INDN:SANDRA J POTTER         CO ID:5760039224 WEB | -500.00 |
| 01/14/25 | MACY'S     03 01/14 #000218549 PURCHASE MACY'S      034 2 PEABODY      MA | -46.00 |

Total withdrawals and other subtractions                                                                          -$3,391.56

## Checks

| Date | Check # | Amount |
|------|---------|-------:|
| 12/26/24 | 356 | -300.00 |
| 01/08/25 | 357 | -137.18 |

| Date | Check # | Amount |
|------|---------|-------:|
| 01/14/25 | 358 | -520.00 |

Total checks                 -$957.18
Total # of checks                   3

**BANK OF AMERICA** 

SANDRA KOCH  |  Account #▌▌▌▌ 6254  |  December 13, 2024 to January 14, 2025

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

SANDRA KOCH   |   Account # ██████6254   |   December 13, 2024 to January 14, 2025

This page intentionally left blank

## BANK OF AMERICA

SANDRA KOCH  |  Account # ███████6254  |  December 13, 2024 to January 14, 2025

## Check images

**Account number** ███████**6254**
Check number: 356  |  Amount:  $300.00



Check number: 357  |  Amount:  $137.18

Check number: 358  |  Amount:  $520.00

SANDRA KOCH   |   Account #  █████  6254   |   December 13, 2024 to January 14, 2025

This page intentionally left blank

**BANK OF AMERICA** ⫽

SANDRA KOCH  |  Account # ▮▮▮▮▮5254  |  January 15, 2025 to February 11, 2025

## Deposits and other additions

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/15/25 | RAYMOND JAMES & DES:BROKERAGE ID:5408624302725 INDN:KOCH,SANDRA ID:1591237041 PPD | CO | 900.00 |
| 01/16/25 | MACY'S   210  01/16 #000503099 REFUND MACY'S   210 AND PEABODY   MA | | 46.00 |
| 01/22/25 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXA SSA INDN:SANDRA J POTTER ID:9031036360 PPD | CO | 1,790.00 |
| 01/23/25 | BKOFAMERICA ATM 01/23 #000001327 DEPOSIT GLOUCESTER HARBOR GLOUCESTER   MA | | 2,000.00 |
| 01/27/25 | CHECKCARD 0124 MACYS NORTHSHORE PEABODY     MA 7444573502420027745 | | 109.99 |
| 01/31/25 | EMPOWER       DES:EMPOWER     ID:160032874274 INDN:SANDRA J POTTER ID:DB61050064 PPD | CO | 851.94 |

Total deposits and other additions                                                                                                          $5,697.93

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 01/15/25 | PURCHASE  0114 Amazon Prime*Z57O02AH0 Amzn.com/billWA | -139.00 |
| 01/15/25 | COMMON CROW     01/15 #000492719 PURCHASE COMMON CROW       GLOUCESTER   MA | -21.92 |
| 01/17/25 | VZ WIRELESS VN  DES:E CHECK   ID:0924604 INDN:SANDRA *POTTER       CO ID:0000751800 TEL | -147.39 |
| 01/21/25 | PURCHASE  0120 MACYS  .COM 800-289-6229 OH | -109.99 |
| 01/21/25 | PURCHASE  0120 AMAZON MKTPL*Z58OG75T1 Amzn.com/billWA | -74.36 |
| 01/21/25 | MARKET BASKET  01/19 #000636150 PURCHASE MARKET BASKET       GLOUCESTER   MA | -57.20 |
| 01/21/25 | CVS/PHARMACY # 01/21 #000204348 PURCHASE 00062--6 THATCHER GLOUCESTER   MA | -85.30 |
| 01/21/25 | MARKET BASKET  01/21 #000835512 PURCHASE MARKET BASKET       GLOUCESTER   MA | -44.62 |
| 01/23/25 | CHECKCARD 0122 RUELALA*MMROSQUQTT RUELALA.COM MA 24036295022718487099421 | -86.99 |
| 01/23/25 | PURCHASE  0122 AMAZON DIGITAL HTTPSWWW.LINKWA | -7.99 |
| 01/23/25 | CAPITAL ONE ARC  DES:CHECK PYMT CHECK #:0359 INDN:7529105502363200013280 CO ID:9541719320 ARC | -434.76 |

*continued on the next page*

---

### Tips to help protect yourself from trending scams:



- Do not be pressured to act quickly - it could be an imposter trying to steal your money.
- If asked to transfer money unexpectedly, use caution - it could be a scam.
- Never grant remote access or download apps at the request of someone you do not know.

Security tips

**Learn more about trending scams.**
**Scan the code or visit bofa.com/HelpProtectYourself.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.



SSM-10-24-0281.A | 6172088

SANDRA KOCH   |   Account #▉▉▉▉▉6254   |   January 15, 2025 to February 11, 2025

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 01/24/25 | PURCHASE  0123 AMAZON DIGITAL HTTPSWWW.LINKWA | -7.99 |
| 01/24/25 | LOFT 1910 NORT  01/24 #000991953 PURCHASE LOFT 1910 NORTHSH  PEABODY       MA | -26.97 |
| 01/27/25 | CHECKCARD  0124 PP*MICHELLE JAMES SALON MANCHESTER  MA 24055235025223008100732 | -70.00 |
| 01/27/25 | MARKET BASKET  01/25 #000133776 PURCHASE MARKET BASKET       GLOUCESTER   MA | -36.62 |
| 01/27/25 | MARKET BASKET  01/26 #000107282 PURCHASE MARKET BASKET       GLOUCESTER   MA | -38.01 |
| 01/28/25 | PURCHASE  0127 AMAZON MKTPL*ZG52Y9KM1 Amzn.com/billWA | -7.92 |
| 01/28/25 | PURCHASE  0127 AMAZON DIGITAL HTTPSWWW.LINKWA | -5.99 |
| 01/30/25 | CHECKCARD  0130 COMCAST BOSTON 800-266-2278 NH 24692165030104456553716 | -300.00 |
| 01/30/25 | CHECKCARD  0129 TENDERCROP FARM NEWBURY      MA 24765015030227767166487 | -25.39 |
| 01/30/25 | MARKET BASKET  01/30 #000483158 PURCHASE MARKET BASKET       GLOUCESTER   MA | -32.74 |
| 01/31/25 | CHECKCARD  0129 TRADER JOE S #516 PEABODY      MA 24137465030500802103832 | -61.23 |
| 01/31/25 | VZ WIRELESS VN  DES:E CHECK  ID:5613552 INDN:SANDRA *POTTER       CO ID:0000751800 TEL | -109.63 |
| 02/03/25 | CHECKCARD  0131 SPEEDWAY 02462 GLOUCESTER  MA 24137465032001176845718 | -50.88 |
| 02/03/25 | CHECKCARD  0131 SOFT TOUCH SALON & SPA GLOUCESTER  MA 24765175033030049655213 | -95.00 |
| 02/03/25 | CHECKCARD  0201 YMCA OF THE NORTH SHORE 978-922-0990 MA 24055225032230388514087 RECURRING | -53.00 |
| 02/03/25 | MARKET BASKET  02/03 #000818755 PURCHASE MARKET BASKET       GLOUCESTER   MA | -26.15 |
| 02/03/25 | BCBS MASS       DES:PREMIUM  ID:9835939820000 INDN:SANDRA J POTTER       CO ID:6041045815 WEB  PMT INFO:REF*BFPMTID*1132957306\ | -265.11 |
| 02/03/25 | BCBS MASS       DES:PREMIUM  ID:9835939820000 INDN:SANDRA J POTTER       CO ID:6041045815 WEB  PMT INFO:REF*BFPMTID*1132957307\ | -40.94 |
| 02/04/25 | CHECKCARD  0202 CAPE ANN CAR WASH - UNI GLOUCESTER  MA 24269795034500649339017 | -16.00 |
| 02/04/25 | CHECKCARD  0203 APPLE.COM/BILL 866-712-7753 CA 24692165034108067070172 RECURRING | -7.43 |
| 02/04/25 | PURCHASE  0203 AMAZON RETA* R50CV1VR3 WWW.AMAZON.COWA | -11.16 |
| 02/04/25 | CHECKCARD  0203 VOLVO VILLAGE OF DANVER DANVERS      MA 24798655035101389093669 | -74.14 |
| 02/04/25 | PURCHASE  0204 AMAZON DIGITAL HTTPSWWW.LINKWA | -9.99 |
| 02/04/25 | SULLIVAN 44 B  02/04 #000907879 PURCHASE SULLIVAN  44 BASS GLOUCESTER   MA | -31.35 |
| 02/05/25 | CHECKCARD  0204 CVSExtraCare 8007467287 800-746-7287 RI 24137465035300649872631 RECURRING | -5.00 |
| 02/05/25 | MARKET BASKET  02/05 #000262019 PURCHASE MARKET BASKET       GLOUCESTER   MA | -70.46 |
| 02/05/25 | MACYS       DES:ONLINE PMT ID:601610246437750 INDN:SANDRA POTTER       CO ID:CITICTP   WEB | -34.50 |
| 02/06/25 | PURCHASE  0205 AMAZON MKTPL*Z70VL75K0 Amzn.com/billWA | -54.18 |
| 02/06/25 | CHECKCARD  0204 TST*LOVE AT FIRST BITE Beverly      MA 24692165036109650146716 | -46.25 |
| 02/06/25 | PURCHASE  0205 SP 32DEGREES 32DEGREES.COMNY | -46.96 |
| 02/06/25 | PURCHASE  0206 AMAZON RETA* Z736K5DG0 WWW.AMAZON.COWA | -28.43 |

continued on the next page

**BANK OF AMERICA**

SANDRA KOCH | Account #  6254 | January 15, 2025 to February 11, 2025

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 02/10/25 | CHECKCARD 0208 CITY OF GLOUCESTER MOORESTOWN NJ 24445005040000753305220 | -1.00 |
| 02/10/25 | MARKET BASKET 02/08 #000263758 PURCHASE MARKET BASKET GLOUCESTER MA | -23.74 |
| 02/10/25 | PURCHASE 0209 AMAZON DIGITAL WWW.LINKEDIN.WA | -8.99 |
| 02/11/25 | CROSBY'S MARKE 02/11 #000805513 PURCHASE CROSBY'S MARKET MANCHESTER MA | -4.99 |
| 02/11/25 | CAPITAL ONE ARC DES:CHECK PYMT CHECK #:0363 INDN:7529105504263200050266 CO ID:9541719320 ARC | -119.78 |

Total withdrawals and other subtractions                                      -$3,057.44

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 01/27/25 | 360 | -500.00 | | 01/28/25 | 362 | -3,200.00 |
| 01/29/25 | 361 | -172.14 | | | | |
| | | | | Total checks | | -$3,872.14 |
| | | | | Total # of checks | | 3 |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

SANDRA KOCH   |   Account #  ████  6254   |   January 15, 2025 to February 11, 2025

This page intentionally left blank

## BANK OF AMERICA

SANDRA KOCH   |   Account #▮▮▮▮6254   |   January 15, 2025 to February 11, 2025

## Check images
**Account number:** ▮▮▮▮6254
Check number: 360   |   Amount:  $500.00

Check number: 361   |   Amount:  $172.14



Check number: 362   |   Amount:  $3,200.00

SANDRA KOCH   |   Account #▮▮▮▮▮6254   |   January 15, 2025 to February 11, 2025

This page intentionally left blank