UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: | : | |
| | : | Chapter 7 |
| MICHAEL A. POTTER and SANDRA J. POTTER | : | Case No. 25-10563-JBK |
| Debtor | : | |
| | : | |

MOTION TO EXTEND TIME FOR THE FILING OF DEBTOR'S
SCHEDULES, STATEMENT OF AFFAIRS AND OTHER REQUIRED DOCUMENTS

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

Now respectfully represents Michael A. Potter and Sandra J. Potter (hereinafter "Debtors"), Debtors in the above-Chapter 7 proceeding, who moves this Honorable Court for an order extending the time within which they be required to file the Debtors' schedules, statement of affairs and other required documents in the above proceeding to on or before April 10, 2025.

In support hereof, the Debtors state that their Chapter 7 filed in response to a trial date deadline set by the State Court Judge and, as such, the Debtors had insufficient time to complete and file the required documents in a timely fashion.

In further support hereof, the Debtors state that their Section 341 meeting is currently scheduled for Thursday, April 17, 2025 which should allow the Chapter 7 Trustee and the Debtors' creditors' sufficient time to analyze and consider the Debtors' filings in a timely fashion.

WHEREFORE, the Debtors Michael A. Potter and Sandra J. Potter request that the above relief be granted and for such other relief that this Honorable Court deems appropriate and just.

Respectfully submitted
MICHAEL A. POTTER
SANDRA J. POTTER
By their attorney,

/s/ Barry R. Levine
Barry R. Levine (BBO No. 296500)
100 Cummings Center – Suite 327G
Beverly, MA 01915
Dated: March 26, 2025            978.922.8440 – phone
barry@levineslaw.com

ORDER

_____        The request is denied

_____        The Request is approved.  The time for filing the schedules, statement of affairs and other required documents is extended to _____.

Date: _____        _____
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

I, Barry R. Levine, state that on March 26, 2025, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Office of the United States Trustee
Mark DeGiacomo, Chapter 7 Trustee

/s/ Barry R. Levine
Barry R. Levine