| Category | Full | Limited | Wk day | Social W. List | Social Dining | JR III | Jr II | Jr I | Senior | Tennis Adult | Tennis Family | Tennis Junior |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | $5,276 | $3,920 | $2,403 | $794 | $491 | $2,635 | $1,906 | $1,215 | $1,320 | $1,010 | $1,425 | $555 |
| Debt Reduction Assessment | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 0 | 450 | 450 | 450 | 0 |
| Food Assessment | 400 | 400 | 400 | 400 | 400 | 400 | 0 | 0 | 0 | 400 | 800 | 0 |
| Capital Fund Assessment | 250 | 250 | 250 | 125 | 125 | 0 | 0 | 0 | 0 | 125 | 125 | 0 |
| Hole in One Fee | 10 | 10 | 10 | 0 | 0 | 10 | 10 | 0 | 10 | 0 | 0 | 0 |
| Avis Murray Scholarship |  |  |  |  |  |  |  |  |  | 20 | 20 | 0 |
| Total | $6,386 | $5,030 | $3,513 | $1,769 | $1,466 | $3,495 | $2,366 | $1,215 | $1,780 | $2,005 | $2,820 | $555 |

*Senior membership requires 25 consecutive years of membership and 80 years of age.

### Additional Fees

| | |
|---|---|
| Initiation Fees - Full & Limited | $16,000 |
| (Two, three & four year payment plans are optional Non-Refundable) | |
| Guest Fees Daily (Must be with Member)   18 hole rate | $120 |
| 9 hole rate | $60 |
| Bag Storage / Bag and Cart Storage | $120/$150 |
| Battery Charging Service | $120 |
| Handicap Card | $55 |
| Locker Rental    Quad/Half/Full | $50/$70/$120 |
| Carts - Per Person (Tax Included) | $30.00 |