## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re   Sandra J Potter<br>Michael A Potter<br>     Debtor | Related Bankruptcy Case: 25−10563<br>Chapter 7<br>Judge Janet E. Bostwick |
| Wright Industries, Inc.<br>     Plaintiff<br>vs.<br>Sandra J Potter<br>     Defendant | Adversary Proceeding: 25−01088 |

## ORDER
## REGARDING DEFICIENT FILING

Your recent filing of **[1] Adversary case 25−01088. Complaint by Wright Industries, Inc. against San** on **JUNE 16, 2025** with the Court was deficient and/or defective as noted below:

☐  Service (Missing or Insufficient)

☐  Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☑  Adversary Proceeding Cover Sheet, **(Director Form 1040)** is required.

☐  Original Signature is required. "/s/printed name" is not permitted. Please re−file with a scanned original signature.

☐  Other

You are hereby **ORDERED** to file the above required documents(s) on or before **JUNE 24, 2025** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.**
**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

| ◉ United States Bankruptcy Court<br>John W. McCormack Post<br>Office and Court House<br>5 Post Office Square, Suite<br>1150<br>Boston, MA 02109−3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608−2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105−2925 |
|---|---|---|

Date:  6/17/25

By the Court,

Toni Elam
Deputy Clerk
617−748−5334

4 − 1